## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

2006 JAN 30  PM 3: 25

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| | : | **1 ᛁ 06 CR  0019** |
| **v.** | : | |
| | : | <u>INFORMATION</u> |
| | : | **WEBER** |
| **DAVID PERRY** | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - -

**The United States Attorney Charges that:**

<u>COUNT 1</u>
**18 U.S.C. § 641**
**(Theft of Government Funds)**

Between on or about April 15, 1994, and on or about June 1, 2005, in the Southern District of Ohio, the defendant, **David Perry**, knowingly and willfully embezzled, stole, purloined, and converted to his use the money of the United States and its agency, the Social Security Administration; that is, during this period, the defendant submitted false claims for social security benefits and obtained social security benefits to which he was not entitled totaling $127,019.50.

**All in violation of Title 18, United States Code, Section 641.**

**GREGORY G. LOCKHART**
**UNITED STATES ATTORNEY**

**RALPH W. KOHNEN**
**Deputy Criminal Chief**